AO 91 (Rev. 11/11)  Criminal Complaint          **FELONY**          United States Courts

## UNITED STATES DISTRICT COURT

Southern District of Texas
FILED

for the

*June 05, 2026*

Southern District of Texas

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. **1:26-MJ-723-01** |
| Valeria SUAREZ Olvera | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 4, 2026 _____ in the county of _____ Cameron _____ in the

_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Section 841(a)(1) & Title 21, United States Code, Section 846 | knowingly and intentionally possess with intent to distribute 2.17 kilograms of cocaine, a Schedule II, Title II, drug of the Controlled Substance Act. Furthermore, the defendant did knowingly and intentionally conspire and agree with persons known and unknown to unlawfully possess with intent to distribute the 2.17 kilograms of cocaine. |

This criminal complaint is based on these facts:

On June 4, 2026, Valeria SUAREZ Olvera entered the U.S. through the Gateway port of entry in vehicle bearing TEXAS plates ███████ SUAREZ and VEHICLE were selected for inspection where non-intrusive x-ray technology was used and two (2) anomalies were observed hidden in the roof of the vehicle.  CBP Officers conducted a physical search and discovered two (2) hidden bundles of field-tested cocaine, the total approximate weight was 2.17 kilograms.

☐ Continued on the attached sheet.

*Francisco Morales*

*Complainant's signature*

Francisco Morales, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 06/05/2026 _____

*Karen Betancourt*

*Judge's signature*

City and state: _____ Brownsville, Texas _____          Karen Betancourt, U.S. Magistrate Judge

*Printed name and title*

**1:26-MJ-723-01**

United States of America v. Valeria Suarez Olvera

Additional probable cause:

Suarez was the sole occupant of the vehicle and as making entry into the United States, she avoided eye contact and advise the officer she was going to work at Denny's.  Later investigation revealed she was unemployed.

In a sworn statement given to officers after the cocaine was found in the headliner of her vehicle, Suarez confessed she knew the bundles were there, thought they were money, and she knew how to remove the bundles as she had transported bundles from Mexico into the United State on four or five prior occasions.  On those occasions, she removed the bundles and delivered them as instructed to people locally in the Rio Grande Valley.

Date:  June 5, 2026

*Karen Betancourt*

Karen Betancourt
United States Magistrate Judge